UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WORCESTER

FILED
IN CLERKS OFFICE
2003 JAN -3  P 1: 38

|  |  |
|---|---|
| United States of America | Criminal Action Number: 97-40009-NMG. |
| V. |  |
| Vincent Michael Marino | United States District Court Judge: Nathaniel M. Gorton. |
| Defendant. |  |

DOCKETED

### AFFIDAVIT OF ROBERT PALEO
*****************************

I, Robert Paleo, hereby state the following to be true under the pains and penalties of perjury pursuant to: **Title 28 U.S.C.§1746**:

1. Defendant: Vincent Michael Marino, has been my close friend since **1982**.

2. At no time ever did defendant: Vincent Michael Marino, ever pose a threat to me the Affiant/Claimant/ Robert Paleo.

3. I was asked to testify at defendant: Marino's **RICO trial in: 1998 and 1999,** I was willing to come forward and be sworn in and testify to the above mentioned under oath statements. Also to reveal other very important actions and conversations in which I was a part of such as: a statements made to me by Federal Government witness: **John "Smiley" Mele,** who stated as follows: "Blur (Robert Paleo's nickname) I need your help to kill Frank Salemme, Sr. he just threatened my life after he extorted me for over $80,000 in cocaine and a Tow truck and a Lynn business this is a life or death situation can you supply me with some weapons?"

(1)

I **Robert Paleo**, then stated in response: "Smiley how can I not help a friend in need."

**John "Smiley" Mele** then stated: "what do you have available right now?"

I **Robert Paleo**, then stated in response: "I have available right now is a: AK-47, Uzi 45 Caliber, 45 Caliber, 22 Caliber Calico, & 9MM hand gun Italian make, with plenty of Ammo for all the weapons."

**John "Smiley" Mele**, then stated: "How much do you want for all of them weapons?"

I **Robert Paleo**, then stated: "Give me $4,000 and the: Ak-47, Uzi 45 Caliber, 45 Caliber, 22 Caliber Calico, & 9MM hand gun Italian make, with plenty of Ammo for all the weapons are all yours."

**John "Smiley" Mele**: then stated: "I got that money right now in my back pocket," and at this point I observed **John "Smiley" Mele** hand over $4,000 in United States Currency to me **Robert Paleo**.

I then made delivery to "**John "Smiley" Mele**, the above weapons at his stash house in **Everett, Massachusetts**, which he said he ran his **multi million dollar business from selling Cocaine and Marijuana businesses with his partner Gus Laface & Antonio Leto**.

(2)

4. I was prevented from disclosing the above information in front of **Marino's** federal jury trial as a defense witness for **Marino, in: 1998 & 1999,** in U.S. District Court District of Massachusetts/ Worcester, in front of **United States District Court Judge:** Nathaniel M. Gorton & a Federal Jury for <u>United States v. Marino,</u> BY: <u>**Michael J. Buckley, Special Agent of the Federal Bureau of Investigation (FBI), Boston, Massachusetts**</u>, ON or about September **1998,** at the U.S. District Court in Worcester, Massachusetts, I was sitting in the Court Room waiting to speak to the defendant: **Marino** and possibly his lawyer: Robert L. Sheketoff, to discuss my knowledge of the above stated facts I already stated under **oath.** During my waiting for a break in the trial calling for a recess, I decided to walk to the rest room to use the facility, once I arrived in the rest room, I was approached by: <u>**Michael J. Buckley, Special Agent of the Federal Bureau of Investigation (FBI), Boston, Massachusetts**</u>, FBI Agent Buckley then stated that he was a good friend of **Whitey Bulger & Stephen "The Riffleman" Flemmi,** and could make any agreement with them concerning the wellbeing of me, "I then asked what does that mean" and his only response was: **"read between the lines,"** I then said **"are you threatening me"** his response was if you help **Defendant Marino,** in anyway you can call this a threat and furthermore if **"Whitey Bulger & Flemmi don't see you, then I will personally arrest you and you will go directly to jail,** now what are you going to do"? I then said: **"well I have no choice but to decline to testify for defendant Marino,"** FBI Agent Buckley then stated you are now free to go.

(3)

5. I have stayed over Defendant: Vincent Michael Marino's house off and on for two and three days at a time which resulted in no problems what so ever, **Since 1982 through 1996.**

6. I feel that it is my duty to come forward now to tell the truth about defendant: Vincent Michael Marino, who was convicted of conspiring to kill me Robert Paleo is nothing more than **Media Manipulation and Character Assassination Formented by the FBI, FBI Agents: Michael J. Buckley and John J. Connolly Jr. and the United States Attorneys Assistants Jeffrey Auerhahn and Cynthia Young and its coached government witnesses Mark Spisak, John Arciero and John Mele & Jerry Matricia and others, all done to enhance the political careers in law enforcement of: Michael J. Buckley, FBI Agent & Jeffrey Auerhahn and Cynthia Young, by creating and manufacturing this case against defendant: Marino, whom they created in the News Media as some one who is violent.**

7. On or about the year of **1998 summer,** I was approached by former **FBI Agent: John J. Connolly Jr.,** on Hanover street in Boston's North End, and he stated as follows: **"Paleo can I have a minute of your time?"** I then stated "what do you want from me" FBI Agent Connolly then stated: **"I want you to testify for my partner FBI Agent Michael J. Buckley, against Marino, for conspiring to kill you,"** I then responded that **"Marino DID NOT CONSPIRE TO KILL ME EVER, furthermore I since 1982 through 1996 I was in his safe company at his home on numerous occasions without any harm ever done to me, and I will not testify for you Mr.Connolly**

(4)

or your partner in the FBI, FBI Agent Michael J. Buckley, In fact I am going to testify for defendant Marino to state the truth, that he had no involvement with a conspiracy to kill me, I will also testify about other very important issues I believe his **Federal Judge Gorton & his Federal Jury** should know about that is relevant to his Federal Rico Trial.
**FBI Agent John J. Connolly Jr.** then stated " **well Mr. Paleo you know I am still very active within the FBI and still have strong contacts within the FBI and still have a lot of friends that are on the Organized crime squad, including FBI Agent Michael J. Buckley my partner for over 14 years, I also still have a strong influence over James "Whitey" Bulger and Stephen "The Rifleman" Flemmi and the New England Mafia Boss Frank "Cadillac" Salemme & their friends who is still very much in charge of the streets of Boston, if I requested they could make your life out here in Boston very difficult, that is if you testify for Marino.**
FBI Agent John J. Connolly Jr. then stated that If I did not help Marino, I would have no problem.
I, Robert Paleo after reading the Boston Herald and the Boston Globe about the violent reputations of **Bulger, Flemmi, & Salemme** and that he, Agent Connolly and Agent Buckley could also be in the Irish Mob in Boston and have influence over the Italian Mob, at that moment I calculated that I was in a no win situation & felt intimidated by the power of FBI Agent's Connolly and Buckley and their well feared friends **Bulger, Flemmi, & Salemme**, I then stated to Agent Connolly "**That I would decline to help Marino, however I will also decline to help Agent Buckley.**

8. I have previously filed a Affidavit stating some of the same issues already stated in this Affidavit at that time I requested to be brought into this Honorable Court to be sworn in under oath so that I could state what I said in my previous Affidavit that is now published in defendant Marino's **Presentence Report See: page Nine (9) ¶ 18B**, I sent a copy of this Affidavit to the following: Nathaniel M. Gorton, U.S.D.J., Jeffrey Auerhahn, AUSA, Cynthia Young, AUSA, Emily Piovoso, U.S. Probation Officer, United States Clerk of Courts Worcester, Massachusetts, this Affidavit states as follows:   "<u>AFFIDAVIT OF ROBERT PALEO</u>"

> I have known Vincent Michael Marino since 1982 and consider him to be among my closest friends. At no time ever did Vincent Michael Marino try to kill me. I will testify under oath to that statement I just made to the pains and penalties of perjury. I have stayed over Vincent Michael Marino's house off and on for two and three days at a time which resulted in no problems what so ever. I felt that it is my duty to come forward to tell the truth that all this about Vincent Michael Marino trying to kill me Robert Paleo is nothing more than media manipulation and character assassination formented by the FBI and the United States Attorney's Assistants Jeffrey Auerhahn and Cynthia Young and its coached government witnesses Mark Spisak, John Arciero and John Mele and others. I Robert Paleo do state under the pains and penalties of perjury that Vincent Michael Marino has been my close

friend since 1982 until present and will remain my close friend. And Vincent Michael Marino never tried to harm me Robert Paleo in any way ever.

I, Robert Paleo, being first under oath, say I am the Claimant/Affiant, and know the contents therein, and assert, it is the truth, and nothing but the truth, notmisleading true correct, and complete.

9. I Robert Paleo once again is willing to come forward with testimony under oath of this Honorable Court to testify to all of the above sworn statements within this entire Affidavit, furthermore the only reason why I left out the rest of this Affidavit that now contains within this Affidavit was I was in fear of my life knowing that FBI Agent John Connolly and the rest of his gang "Whitey Bulger, Stephen "The Rifleman" Flemmi, and Frank Salemme, would have or could have caused great bodily injury and or death to me, at least I was lead to believe that something would have happened to me of a violent nature, that was stated to me from FBI Agent John Connolly, gave me every indication I would be harmed, however I now feel safe because of my incarceration and knowing that FBI Agent John Connolly is also incarcerated and his gang is in disarray.

I, Robert Paleo, state all of the above to be true and correct under title 28 U.S.C. §1746, under the pains and penalties of perjury.

Respectfully Submitted By Claimant/Affiant:

_____Robert Paleo_____
Robert Paleo

(7)

## CERTIFICATE OF SERVICE

I, **Robert Paleo,** hereby certify that the foregoing **Affidavit,** was sent pursuant to United States Mail, Pre-Paid Postage to the following on this day of ___20th___ month of __December__ 2002:

**United States District Court
Judge: Nathaniel M. Gorton**
U.S. District Court
District of Massachusetts/Worcester
Harold D. Donohue, Federal Building
595 Main Street
Worcester, Massachusetts
01608

**U.S. Clerk of Courts
Tony Anastas**
U.S. Clerks Office
Suite 2300
U.S. Courthouse
One Courthouse Way
Boston, Massachusetts
02210

**Vincent Michael Marino**
14431-038
USP Lee
P.O. Box 305
Jonesville, Virginia
24263-0305

**United States Assistant
Attorney: Jeffrey Auerhahn
& Cynthia Young**
U.S. Attorneys Office
Suite 9200
9th Floor
U.S. Courthouse
One Courthouse Way
Boston, Massachusetts
02210

**U.S. Clerk of Courts
Worcester**
U.S. Clerks Office
Harold D. Dnohue,
Federal Building
595 Main Street
Worcester, Massachusetts
01608

**PRO SE**   _____
                 Robert Paleo

(8)

purchased cocaine for his use and for others directly from defendants **Marino** and Patti, as well as from people who worked for them, during 1993 and 1994.

### Victim Impact

(18) With regard to victims, Ralph Rossetti, Richard Devlin and Joseph Souza are dead, while the following are incarcerated: Francis P. Salemme, Stephen Rossetti, Mark Rossetti, Timothy Larry O'Toole, Robert Luisi, Jr. and Richard Gillis.

(18A) A letter received from Lonnie Hilson states the following:

> I must in good conscience reveal my relationship with [the defendant] to the court. I have known Mr. Marino for close to twenty years and we have never had a confrontation. He has never posed a threat to me in any way and I consider him a friend who I could call on for a favor. Any statements or testimony to the contrary are absolutely false.

(18B) What appears to be an affidavit from Robert Paleo states the following:

> I have know Vincent Michael Marino since 1982 and consider him to be among my closest friends. At no time ever did Vincent Michael Marino try to kill me. I will testify under oath to that statement I just made pursuant to the pains and penalties of perjury. I have stayed over Vincent Michael Marino's house off and on for two and three days at a time which resulted in no problems what so ever. I felt that it is my duty to come forward to tell the truth that all this about Vincent Michael Marino trying to kill me Robert Paleo is nothing more than media manipulation and character assassination formented by the FBI and the United States Attorney's Assistants Jeffrey Auerhahn and AUSA Cynthia Young and its coached government witnesses Mark Spisak, John Arciero and John Mele and others. I Robert Paleo do state under the pains and penalties of perjury that Vincent Michael Marino has been my close friend since 1982 until present and will remain my close friend. And Vincent Michael Marino never tried to harm me Robert Paleo in any way ever.

(19) Regarding the remaining victims; Richard Floramo and Joseph Cirame declined to speak to the undersigned officer regarding the offense, while Michael Prochilo has yet to respond to requests for interviews by the probation office.

### Obstruction of Justice

(20) There is no available information to indicate that the defendant has obstructed justice.