United States District Court
District of Massachusetts

```
_____
                              )
UNITED STATES OF AMERICA,     )
                              )
     v.                       )
                              )   Criminal No.
ENRICO PONZO,                 )   97-40009-NMG
                              )
     Defendant.               )
_____)
```

**MEMORANDUM & ORDER**

**GORTON, J.**

Pending before the Court is defendant Enrico Ponzo's motion to compel the prosecution to disclose the identity of a confidential witness ("CW-1"). That motion will be denied because failing to reveal the witness's identity will neither deprive the defendant of a fair trial nor bear upon the Court's decision with respect to defendant's request for a Franks hearing.

Defendant contends that he has reason to believe that learning the witness's identity will allow him to show that agents knew his children were in Utah and intentionally misrepresented their motives for entering upon his property without a warrant. Even if defendant could make such a showing, he cannot demonstrate that the misrepresentation was material to the probable cause finding. See United States v. Rigaud, 684 F.3d

169, 173 (1st Cir. 2012). As the Court fully illustrates in its memorandum and order of September 9, 2013 (Docket No. 1685), the evidence that agents gathered while on defendant's property without a warrant was not necessary to the magistrate judge's finding of probable cause because other evidence set forth in SA Hart's affidavit provided more than sufficient support for that finding.

**ORDER**

In accordance with the foregoing, defendant's motion to compel the prosecution to disclose the identity of CW-1 (Docket No. 1659) is **DENIED.**

**So ordered.**

/s/ Nathaniel M. Gorton
Nathaniel M. Gorton
United States District Judge

Dated September 11, 2013