NARRATIVE SUPPLEMENT

**MELROSE POLICE DEPARTMENT**

PAGE ______

☐ CASE REPORT ☐ ARREST REPORT ☐ BOOKING REPORT ☐ ______ CASE # ______

[illegible]

12-9-85 Judge Ligotti Cnt. to 1-15-86 for Pre-Trial Held in $10,000 Bond on $1,000 cash

1-15-86 J.L. Cnt: 2-27-86 further P.T.C.

2/27/86 J.L. CARRYING FIREARM Amended TO
G 1YR H.C. SUSP: FEB-26-88
Armed ASSAULT
1YR H.C. Suspended
ASSAULT on Person
on Condition he enter ARMY BY SEPT 30-86
IF not he is to SERVE 1YR H.C.
100 Hrs - PROP. Community Service

| REPORTING OFFICER | DATE | APPROVED BY | DATE |
| --- | --- | --- | --- |
| [illegible] | [illegible] | [illegible] | [illegible] |

x J.R. 2/26/88 Prob for:

WHITE — RECORDS CANARY — DETECTIVES PINK — PROSECUTOR

PONZO-00062002

14129



The Commonwealth of Massachusetts

Department of Public Safety

1010 Commonwealth Avenue Boston, MA 02215

December 24, 1985

LAB. NO. C85-1315 - MELROSE

Examination of a Firearm for Restoration of Obliterated Serial Numbers

Suspect: Enrico Ponzo

On December 23, 1985, Corporal Ronald Scott of the State Police Firearm Identification Bureau delivered the following item to the laboratory:

1). .32 Caliber Iver Johnson Revolver

EXAMINATION

Trigger guard: Visual examination of this area reveals the presence of grinding and/or filing marks. This area was etched with acid solutions and the following restoration was made:

13498

Patricia A. Forti
Patricia A. Forti
Junior Chemist
Chemical Laboratory

PAF/pr
Report to: Det. Larry Buckley
Melrose Police Dept
cc/ Cpl. Ronald Scott

COMMONWEALTH OF MASSACHUSETTS

Suffolk, ss.

Patricia A. Forti, whom I know to be a Chemist of the Massachusetts Department of Public Safety appeared before me and affirmed the foregoing to be the results of the examination made on Lab. No. C85-1315, Restoration of Obliterated Serial Numbers in Melrose.

Sworn and subscribed to before me this 26th day of December 1985.

Barbara A. Belanc
NOTARY PUBLIC

My commission expires: March 13, 1992



FID#18459



The Commonwealth of Massachusetts

Department of Public Safety

Division of State Police
1010 Commonwealth Avenue
Boston, Mass. 02215
December 27, 1985

Det. Larry Buckley
Melrose Police
Melrose, Mass.

Dear Sir:

On 12-10-85 y ou submitted the following to this section for examination:

A. .32 Auto caliber Browning Semi-Automatic Pistol, empty, with magazine, Serial#242213. Submitted with seven /7/ .32 Auto caliber live ctgs.

B. .32 Caliber Iver Johnson Revolver Top Break, empty, the SERIAL NUMBER IS OBLITERATED, submitted with one /1/ .32 S&W live ctg.

Examination of Item A reveals a barrel length of 4". Firings were conducted for test specimens and no malfunctions were noted. Two of the submitted live ctgs were used for the tests.

Examination of Item B reveals that the serial number under the grips on the frame has been obliterated. The number 13498 was located on another place. The barrel length measures at 3 & 15/16". Firings were conducted for test specimens and no malfunctions were noted.

On 12-23-85 Item B was submitted to the Chemical Laboratory for restoration of the serial number. On 12-24-85 Item B was returned to me and the following serial number was restored to the frame:

13498

The Chem Lab report #C85-1315 is enclosed for you.

Sales and stolen records to be checked by you.

Sincerely,

Ronald R Scott

Corporal Ronald R. Scott #1314
Massachusetts State Police
Firearms Identification Section