## Catholic Services
## Wednesday
## sign in sheet

Date: 4-2-14                    Time: _____

| NAME | POD |
|---|---|
| ~~[redacted]~~ | B-7 |
| ~~[redacted]~~ | B-17 |
| ~~[redacted]~~ | B |
| ~~[redacted]~~ | B-32 |
| ~~[redacted]~~ | B-20 |
| ~~[redacted]~~ | B-1 |
| ~~[redacted]~~ | B1 |
| ~~[redacted]~~ | H-12 |
| ~~[redacted]~~ | H |
| ~~[redacted]~~ | H-6 |
| ENRICO PONZO | H-16 |
| ~~[redacted]~~ | H-17 |
| ~~[redacted]~~ | K-9 |
| ~~[redacted]~~ | 22 |
| ~~[redacted]~~ | J2-21 |
| ~~[redacted]~~ | J-2 |
| ~~[redacted]~~ | K-31 |
| ~~[redacted]~~ | K-9 |
| ~~[redacted]~~ | K-15 |
| ~~[redacted]~~ | K-30 |

Staff Signature: _____ DATE: _____

# Catholic Services
## Wednesday
### sign in sheet

Date: 3/19/14  Time: 4:00 - 5:00

| NAME | POD |
|---|---|
| ~~redacted~~ | L-23 |
| ~~redacted~~ | K-16 |
| ENRICO PONZO | H-16 |
| ~~redacted~~ | H-6 |
| ~~redacted~~ | J-2 |
| ~~redacted~~ | H-17 |
| ~~redacted~~ | S2 |
| ~~redacted~~ | H |
| ~~redacted~~ Preston | J-2 |
| ~~redacted~~ Cameron | J2-11 |
| ~~redacted~~ | J2-21 |
| ~~redacted~~ | L-25 |
| ~~redacted~~ | L |
| ~~redacted~~ | L |
| ~~redacted~~ | L |
| ~~redacted~~ | L-23 |
| ~~redacted~~ | L-3 |
| ~~redacted~~ | L-25 |
| ~~redacted~~ | B |
| ~~redacted~~ | B-19 |
| ~~redacted~~ | B-7 |
| ~~redacted~~ | K-30 |

Staff Signature: _____  DATE: 03/19/14

**Catholic Services**
**Wednesday**
**sign in sheet**

Date: April 9, 2014   Time: 4:00 pm

| NAME | POD |
|------|-----|
| ~~redacted~~ | |
| ~~redacted~~ | K-9 |
| ~~redacted~~ | L |
| ~~redacted~~ | L |
| ~~redacted~~ | K-19 |
| ~~redacted~~ | K-30 |
| ~~redacted~~ | B-32 |
| ~~redacted~~ | L 25 |
| ~~redacted~~ | L 25 |
| ~~redacted~~ | L 7 |
| ~~redacted~~ | L-3 |
| ~~redacted~~ | L 23 |
| ~~redacted~~ | H-6 |
| ~~redacted~~ | E-7 |
| ~~redacted~~ | J-2 |
| ~~redacted~~ | J-2 |
| ~~redacted~~ | H |
| ~~redacted~~ | K-31 |
| ~~redacted~~ | H-17 |
| ~~redacted~~ | L-1 |
| ~~redacted~~ | J-2 |
| ~~redacted~~ | J-2 |
| ~~redacted~~ | J-2 |
| ENRICO PONZO | H-16 |
| | |
| | |
| | |
| | |
| | |

Staff Signature:_____   DATE:_____



DONALD W. WYATT DETENTION FACILITY
DETAINEE REQUEST FORM
DEMANDA DE DETENIDO

Name/El Nombre **Enrico Ponzo**   Federal I.D. #/Numero Federal (I.D.) **13815-023**
Date/La fecha **1·30·14**   Housing Unit/Casa **H-16**

INSTRUCTIONS: Please check the problem or request area. Be specific about what action you want. This is not a grievance form.
LAS INSTRUCCIONES: Por favor verifique el problema o area de la demanda. Sea especifico sobre que accion que uste quire Esta no es una forma de agravio.

- ☐ Informal complaint/Queja informal
- ☐ Classification appeal/La clasificacion de apelacion
- ☐ Detainee work assignment/Unidad de trabajadores
- ☐ Programs, specify/Los Programas, especifico _____
- ☐ Property/La Propiedad
- ☐ Laundry/El Lavanderia
- ☐ Detainee accounts/Las cuentas Del detenido
- ☐ Staff hearing assistant/Assistencia displinaria
- ☐ Education/Educacion
- ☐ Legal Copies/Copias Legales
- ☒ Other, specify/Otro, especifiqo **Mrs. Devonis I want to attend Catholic Services.**

Request/La demanda **I would like to attend catholic services as is my right under US Constitution, Amendment 1.**

**Thank You**

*Detainee signature/La firma del detenido **Enrico Ponzo**   Date/La fecha **1·30·14**
*Detainee signature authorizes funds to be deducted from your account/Pueden sacar los fondos necesario demi cuenta

Staff receiving the request/Peronal gue recibe la demanda _____   Date/La fecha _____

Action taken/Accion tomada _____

Response/La contesta **Your name has been added to the list**

Staff Signature/La firma **SB**   Date/La fecha **1-31-14**

CC: Enrico Ponzo



DONALD W. WYATT DETENTION FACILITY
DETAINEE REQUEST FORM
DEMANDA DE DETENIDO

Name/El Nombre **Enrico Ponzo**   Federal I.D. #/Numero Federal (I.D.) **13815-023**

Date/La fecha **1.29.2014**   Housing Unit/Casa **H-16**

INSTRUCTIONS: Please check the problem or request area. Be specific about what action you want. This is not a grievance form.
LAS INSTRUCCIONES: Por favor verifique el problema o area de la demanda. Sea especifico sobre que accion que uste quire Esta no es una forma de agravio.

- ☐ Informal complaint/Queja informal
- ☐ Classification appeal/La clasificacion de apelacion
- ☐ Detainee work assignment/Unidad de trabajadores
- ☐ Programs, specify/Los Programas, especifico _____
- ☐ Property/La Propiedad
- ☐ Laundry/El Lavanderia

- ☐ Detainee accounts/Las cuentas Del detenido
- ☐ Staff hearing assistant/Assistencia displinaria
- ☐ Education/Educacion
- ☐ Legal Copies/Copias Legales
- ☒ Other, specify/Otro, especifiqo **I was raised roman catholic and went to catholic school.**

Request/La demanda **I am notifying this institution that I am attending catholic services because I was raised catholic and attended catholic school in Boston. Therefore it is my religious 1st Amendment right to attend services.**

*Detainee signature/La firma del detenido **Enrico Ponzo**   Date/La fecha **1.29.2014**

*Detainee signature authorizes funds to be deducted from your account/Pueden sacar los fondos necesario demi cuenta
_____ Date/La fecha _____

Staff receiving the request/Peronal gue recibe la demanda _____ Date/La fecha _____

Action taken/Accion tomada _____

Response/La contesta _____

Staff Signature/La firma _____ Date/La fecha _____