ENRICO PONZO #19984-009
USP Hazelton
P.O. Box 2000
Bruceton Mills, WV 26525

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| UNITED STATES, Plaintiff, | Case No. 97-cr-40009-NMG |
| v. | |
| ENRICO PONZO, Defendant-prose. | MOTION TO LIFT RESTRAINING ORDER AT ADA COUNTY JAIL |

NOW COMES Enrico Ponzo, defendant prose, hereby moves the Honorable Court to lift the Restraining order on his $6,600 inmate trust fund and order that the Ada County Jail, 7210 Barrister Dr., Boise, ID 83704 send Ponzo's funds to the Bureau of Prisons National Lock Box at: Federal Bureau of Prisons, Enrico Ponzo #19984-009, P.O. Box 474701, Des Moines, Iowa 50947-0001 due to the fact Ponzo is no longer present at the Ada County Jail and will be in the Bureau of Prisons until May 1, 2037 and if the Court orders Ponzo can pay his $900 court costs and any substitute money Judgment through the "Inmate Financial Responsibility Program" 28 C.F.R. 545(B) while incarcerated. Ponzo has contacted the Ada County Jail and they refused to release his funds without this Court's order. Respectfully Submitted, Enrico Ponzo 22MAY16

[Margin annotation: After consideration of defendant's reply to the government's opposition (Docket No. 2308), motion denied. 9/15/16 Gorton, 7/15/16]

CERTIFICATE OF SERVICE

I hereby certify under penalty for perjury, that on ___ MAY, 2016 a true copy of the foregoing document was served via U.S. mail postage prepaid to Clerk of Court, US District Court, J.A. Moakley U.S. Courthouse, One Courthouse Way Suite 2300, Boston, MA 02210 for electronic filing using the CM/ECF system which caused the registered parties to be served by electronic means including AUSA Karen Beausey X Enrico Ponzo prose