

U.S. Department of Justice
Federal Bureau of Prisons
*Federal Correctional Complex*
*Federal Medical Center*
*P.O. Box 1600*
*Butner, NC 27509*

January 03, 2020

Honorable Jeffrey R. Howard
Chief United States District Court Judge
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

RE:    Ponzo, Enrico M.
       Reg. No.: 19984-009
       Docket No.: 4:  97 CR 40009 -5 -

Dear Judge Howard:

This letter is to advise you Mr. Enrico Ponzo, who was sentenced in Judge Gorton's court on April 28, 2014, died at approximately 11:47 p.m. on Tuesday, December 31, 2019.  The cause of death was determined to be Respiratory Failure. Mr. Ponzo was serving a 240-month sentence for Use of Extortionate Means to Collect or Attempt to Collect Extensions of Credit.

If I can provide any additional information or be of further assistance, please do not hesitate to contact me.

Sincerely,

T. Scarantino
Complex Warden

RECEIVED
U.S. PROBATION
2020 JAN 34  PM 3: 57
BOSTON-NEW CTHSE.

Page Two
Ponzo, Enrico M.
Reg. No.: 19984-009

cc:

Andrew E. Lelling, USA
John Joseph Moakley
United States Federal Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

Ricardo R. Carter, Chief
United States Probation Office
John Joseph Moakley United States Courthouse
One Courthouse Way, Room 1200
Boston, MA 02210-3002

D.J. Harmon
Mid-Atlantic Regional Director
Junction Business Park
Federal Bureau of Prisons
302 Sentinel Drive, Suite 200
Annapolis Junction, MD 20701